C-13-15(a)Motion  
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Willie F. Davis | ) | **Motion and Notice** |
|      Katina P. Davis | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-10-81979 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On February 11, 2011, the Debtors' plan was confirmed. The Confirmation Order provided that the claim of Security Financial secured by a second lien on the Debtors' 2008 Dodge ("the automobile") would be allowed as an unsecured claim due to a lack of equity in the automobile, when said claim was timely and properly filed. The bar date for creditors to file claims in this case was March 3, 2011. On August 12, 2011, Security Financial filed a claim in the amount of $2,898.43 which was untimely filed.

The Standing Trustee respectfully recommends to the Court that an Order be entered disallowing the claim of Security Financial in the amount of $2,898.43 as untimely filed pursuant to 11 U.S.C. §502(b)(9) and Rule 3002 of the Federal Rules of Bankruptcy Procedure.

Date: August 23, 2011                      s/Richard M. Hutson, II  
   ej                                      Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before October 4, 2011, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on October 13, 2011, at 11:00 a.m., in the following location:

*Courtroom, Venable Center*  
*Dibrell Building – Suite 280*  
*302 East Pettigrew Street*  
*Durham, NC 27701*

Date: August 23, 2011                            OFFICE OF THE CLERK  
                                                                                U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-81979 C-13D**

Willie F. Davis
Katina P. Davis
22521 Henry St.
Laurel Hill, NC 28351

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

SFC Central Bankruptcy
Attn.: Managing Agent
PO Box 1893
Spartanburg, SC 29304