UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re: Willie F. Davis )
      Katina P. Davis )
 )
 ) No: B-10-81979 C-13D
 )
 )
           Debtors )

## ORDER TO DISALLOW CLAIM

     This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to disallow the claim of SFC Centeral Bankruptcy ("SFC") in the amount of $1,832.76, and there being no filed objection to the Motion within the time period set forth in the Notice issued on August 23, 2011, by the Clerk of Court setting October 4, 2011, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

     ORDERED the claim of SFC in the amount of $1,832.76 is disallowed as untimely filed.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-81979 C-13D**

Willie F. Davis
Katina P. Davis
22521 Henry St.
Laurel Hill, NC  28351

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

SFC Central Bankrupty
Attn:  Managing Agent
PO Box 1893
Spartanburg, SC  29304